**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6919**

———————

FRANK WEATHERS, JR.,

Petitioner - Appellant,

versus

MICHAEL MOORE, Director of the SCDC; CHARLES
M. CONDON, Attorney General of the State of
South Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, District Judge.
(CA-96-3720-18BC)

———————

Submitted:  September 25, 1997       Decided:  October 10, 1997

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Frank Weathers, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Weathers seeks to appeal a district court order adopting a magistrate judge's recommendation to deny relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997), and a subsequent order denying relief on Weather's "Motion to Reconsider," broadly construed as a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Weathers v. Moore, No. CA-96-3720-18BC (D.S.C. May 9 and June 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2